# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### NO. 03-07-00723-CV

**In re Edward Michael Bell**

### ORIGINAL PROCEEDING FROM TOM GREEN COUNTY

### M E M O R A N D U M   O P I N I O N

Edward Michael Bell has petitioned for a writ of mandamus ordering the district court to act on his pro se motion for appointment of counsel for the purpose of requesting forensic DNA testing. *See* Tex. Code Crim. Proc. Ann. art. 64.01(c) (West Supp. 2007). While this petition was pending, the trial court denied the motion for appointed counsel after concluding that there are no reasonable grounds for a testing motion to be filed. *See id*. Because the trial court has acted on the motion, the request for mandamus relief has been rendered moot. The petition for writ of mandamus is denied. *See* Tex. R. App. P. 52.8(a).

_____

Jan P. Patterson, Justice

Before Justices Patterson, Puryear and Henson

Filed:   February 22, 2008